UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| RODERICO RODRIGUEZ RAMIREZ,<br>Individually and as Father and Natural<br>Guardian of J.L.R.P., minor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| HILLARY RODHAM CLINTON,<br>Secretary of State, U.S. Department of<br>State; JANET NAPOLITANO, Secretary,<br>U.S. Department of Homeland Security;<br>DONALD NEUFELD, Associate Director,<br>U.S.C.I.S. Service Center Operations<br>Directorate, | ) | 5:12-CV-252-BR |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt for consideration of the defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion to dismiss (DE # 17) is GRANTED. The Clerk is DIRECTED to enter judgment in favor of defendants and close the case.

<u>**This judgment filed and entered on January 22, 2013, and served on:**</u>

James A. Satcher  (via CM/ECF Notice of Electronic Filing)
Durwood H. Riedel   (via CM/ECF Notice of Electronic Filing)

January 22, 2013                                      /s/ Julie A. Richards,
                                                                      Clerk of Court